## James B. Sheehan B. & L. Assn. v. Scanlon, Appellant.

Argued December 1, 1932. Before FRAZER, C. J., SIMPSON, KEPHART, SCHAFFER, MAXEY, DREW and LINN, JJ.

8

*C. P. Harvey,* of *Horenstein, Feldman & Harvey,* for appellant.

*Alexander Meigs Haig,* for appellee.

PER CURIAM, January 3, 1933:
The order of the court below is affirmed on the opinion of the learned trial judge.